1 | VICTOR SHERMAN, ESQ. (State Bar No.: 38483)
  | LAW OFFICES OF VICTOR SHERMAN
2 | A Professional Law Corporation
  | 11400 West Olympic Boulevard, Suite 1500
3 | Los Angeles, California 90064

4 | E-Mail: victor@victorsherman.law
  | Tele:   (424) 371-5930
5 | Fax:    (310) 392-9029

6 | Attorney for Claimant
  | STANLEY HUDSON
7 |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CV-00556-CAS (KSx) |
|---|---|
| Plaintiff, | |
| vs. | **CLAIM (VERIFIED) OF STANLEY HUDSON** |
| CRYPTOCURRENCY, | |
| Defendant. | |
| STANLEY HUDSON, | |
| Claimant. | |

    Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant, STANLEY HUDSON, hereby demands restitution of the defendant property and claims the right to defend this action.

    Claimant's status is that of lawful owner and possessor of the claimed defendant property.

///

///

///

///

1 | I declare under penalty of perjury under the laws of the United States, that
2 | the foregoing is true and correct.
3 |
4 | DATED: May __, 2022
5 | STANLEY HUDSON
6 |
7 | Attorney Victor Sherman is duly authorized to make this Claim.
8 | DATED: May __, 2022
9 | VICTOR SHERMAN
10 | Attorney for Claimant
   | STANLEY HUDSON