STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2569/1785
Facsimile: (213) 894-0142
E-mail: Victor.Rodgers@usdoj.gov
Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYPTOCURRENCY,<br><br>Defendant. | Case No. 2:22-cv-00556-CAS(KSx)<br><br>**STIPULATION AND REQUEST TO STAY CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND TO TAKE AUGUST 29, 2022 SCHEDULING CONFERENCE OFF CALENDAR; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |
| STANLEY HUDSON,<br><br>Claimant. | |

Plaintiff United States of America ("the government") and claimant Stanley Hudson ("claimant"), by the signatures of their attorneys hereunder, hereby stipulate and request that this civil forfeiture case be stayed pending the conclusion of an ongoing

related federal criminal investigation. The government represents that the criminal investigation and the instant civil forfeiture litigation arise out of the same facts and will involve many of the same issues of fact and law, and judicial economy will be served by staying this action.

Pursuant to the mandatory stay provision, 18 U.S.C. § 981(g):

(1) Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

(2) Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that -

(A) the claimant is the subject of a related criminal investigation or case;

(B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and

(C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

Here, the parties agree that the matter should be stayed. The government is unwilling to respond to civil discovery that would result in claimant and others receiving information they are not entitled to receive during the course of criminal investigations. Claimant, who has filed a claim to reflect his standing in this civil

forfeiture action, as well as others, may be unable to respond to government discovery requests or provide deposition testimony under oath without endangering their Fifth Amendment rights.  The parties respectfully request that the Court stay this civil forfeiture action until the criminal investigation is completed.  The government proposes that it file reports regarding the status of the related criminal investigation commencing on October 31, 2022 and every ninety days thereafter to enable the Court to monitor the status of this matter.  The parties also stipulate and agree that the August 29, 2022 scheduling conference should be taken off calendar and that nothing contained in this stipulation precludes claimant from filing a motion to lift the stay should claimant believe circumstances warrant that the stay be lifted.

Respectfully submitted,

Dated: August 17, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Victor A. Rodgers            
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 17, 2022        LAW OFFICES OF VICTOR SHERMAN, APLC

 /s/ Victor Sherman              
VICTOR SHERMAN

Attorneys for Claimant
STANLEY HUDSON