JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CRYPTOCURRENCY,<br><br>       Defendant.<br><br>STANLEY HUDSON,<br><br>       Claimant. | Case No. 2:22-cv-00556-CAS(KSx)<br><br>**ORDER STAYING CIVIL FORFEIURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND TAKING AUGUST 29, 2022 SCHEDULING CONFERENCE OFF CALENDAR**<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

Pursuant to the stipulation and request of the parties, 18 U.S.C. § 981(g), and good cause appearing therefor, IT IS ORDERED that this matter shall be, and hereby is stayed pending the conclusion of the related criminal investigation.

**IT IS HEREBY ORDERED** that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court. In order to allow the Court to monitor the status of this matter, the government shall file a status report by October 31, 2022, and every ninety (90) days thereafter, concerning

the progress of the related criminal investigation.  Nothing in this Order precludes claimant Stanley Hudson from filing a motion to lift the stay should claimant Stanley Hudson believe that circumstances warrant that the stay be lifted.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Scheduling Conference set for August 29, 2022 at 11:00 a.m. is hereby taken off calendar.

Dated: August 18, 2022

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented By:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


      /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA