E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and
Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>CRYPTOCURRENCY,<br><br>       Defendant. | Case No. 2:22-cv-00556-CAS(KSx)<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT OF DEATH OF CLAIMANT STANLEY HUDSON** |
| STANLEY HUDSON,<br><br>       Claimant. | |

    Pursuant to Fed. R. Civ. P. 25(a)(1), plaintiff United States of America hereby files this statement noting the death of claimant Stanley Hudson, which thereby triggers the commencement of the 90-day period for the filing by claimant Stanley Hudson's estate of a motion

for substitution of parties.  Fed. R. Civ. P. 25(a)(1) provides that if the motion is not filed by the expiration of the 90-day period, the action by or against the decedent (meaning the claim by claimant Stanley Hudson here) must be dismissed.[1]

Dated: January 8, 2024           Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and
Recovery Section

           /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] Concurrently herewith, the government has filed a virtually identical statement of death in the related case United States v. $256,276.00 in U.S. Currency and Approximately 26 Miscellaneous Coins; Claimant Stanley Hudson, Case No. 2:21-cv-07310-CAS(KSx).

2