Brenda E. Vargas, Esq. #153230
17853 Santiago Blvd., Ste. 107#292
Villa Park, CA 92861
(714)287-6875

Attorney for Claimant,
ISAIAH HUDSON,

UNITED STATES DISTRIC COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-00556-KS |
|---|---|
| Plaintiff, | NOTICE TO MOTION FOR SUBSTITUTION OF COMPLAINANT;MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION ISAIAH HUDSON; EXHIBITS. |
| vs | |
| CRYTROCURRENCY, | |
| Defendant. | Date: April 17, 2024<br>Time: 10:00 a.m.<br>Dept.: |
| STANLEY HUDSON, | |
| Claimant. | |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 17, 2024, at or about 10:00 a.m., or as soon as the matter may be heard in the courtroom of Department "MV1" of the above-entitled court, Isaiah Hudson, as Claimant will move the Court pursuant to Federal Rule of Civil Procedure 25(a)(1) for an Order to allowing the action to be continued by Isaiah Hudson, the true heir and representative of Estate of Stanley Hudson. This Motion will be made on the ground that Isaiah Hudson is the proper party is the sole beneficiary and personal representative of the Decedent's Estate.

MOTION TO SUBSTITUTE THE CLAIMANT

This Motion is based upon this Notice, on the Memorandum of points and authorities served and filed herewith on such supplemental memoranda of points and authorities as hereafter may be filed with the Court, on all the papers and records on file in this action, and on such oral and documentary evidence as may be presented at the hearing of the motion.

Dated: March 22, 2024

_____
Brenda E. Vargas
Attorney for Claimant

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. PRELIMINARY STATEMENT

Claimant, Isaiah Hudson, hereby submits this memorandum of points and and authorities in support of this motion seeking an order, pursuant to Federal Rules of Civil Procedure, Section 25(a)(1) provides in pertinent part:

"(a) If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. [T]he motion is [to be] made within 90 days after service of a statement noting the death of the claimant".

As indicated by the accompanying declaration, Isaiah Hudson is the only son, heir and personal representative of Stanley Hudson, the decedent. He has has complied with the foregoing requirements of filing this request within the ninety-day statute of limitations. Mr. Hudson requests to substitute as his father's [claimant] status of rightful owner and possessor of the claimed defendant property.

## 2. CONCLUSION

Based upon the foregoing, Mr. Isaiah Hudson respectfully requests that substitute him in as the claimant in this matter and that he be allowed to continue on with the claim of the defendant property and claims the right to defend this action.

Date: March 24, 2024

By: _____
Brenda E. Vargas
Attorney for Claimant

## DECLARATION OF ISAIAH HUDSON

I, ISAIAH HUDSON, declare as follows:

1. I am the Claimant's son in the above-entitled matter. I can and will to testify to the facts of this Declaration if called upon and testify to the best of my ability.

2. On January 26, 2022, a Complaint for Civil Forfeiture was file in this Court. A Claim for return of property seized was filed by my father Stanley Hudson, on May 24, 2022.

3. The Plaintiff filed and was granted an Order staying the Civil Forfeiture action pending the conclusion of the related criminal investigation and takin on August 29, 2022. In addition, the Court imposed an Order that Plaintiff was to file Status Reports to ascertain the status of the criminal investigation.

4. The criminal investigation continued and the last Status Report was filed on October 31, 2023. On March 23, 2023, my father Stanley Hudson died. I am his only son and heir. Attached hereto and incorporated herein is a true and correct copy of the Death Certificate as Exhibit "A".

5. As his only son, I am the heir and personal representative of his Estate. I present this Motion to substitute as his personal representative of of his Estate and I also present my own claim for the Civil Forfeiture.

The above declaration is the truth under penalty of perjury under the laws of the State of California. Executed this 25th day of March, 2024.

_____
Isaiah Hudson
Declarant

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052023068439
**LOCAL REGISTRATION NUMBER:** 3202319015065

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): STANLEY
2. MIDDLE: ALEXANDER
3. LAST (Family): HUDSON
4. DATE OF BIRTH mm/dd/ccyy: 06/20/1961
5. AGE Yrs.: 61
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS/SRDP: MARRIED
7. DATE OF DEATH mm/dd/ccyy: 03/12/2023
8. HOUR (24 Hours): 1158
13. EDUCATION – Highest Level/Degree: SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: AFRICAN AMERICAN
17. USUAL OCCUPATION: INVESTOR
18. KIND OF BUSINESS OR INDUSTRY: FINANCE
19. YEARS IN OCCUPATION: 7

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 205 W FAIRVIEW BLVD
21. CITY: INGLEWOOD
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 90302
24. YEARS IN COUNTY: 61
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: ISAIAH HUDSON, SON
27. INFORMANT'S MAILING ADDRESS: 205 W FAIRVIEW BLVD, INGLEWOOD, CA 90302

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: DIANE
29. MIDDLE: MARIE
30. LAST (BIRTH NAME): CARTER
31. NAME OF FATHER/PARENT – FIRST: WILLIS
32. MIDDLE: ANDREW
33. LAST: HUDSON
34. BIRTH STATE: TX
35. NAME OF MOTHER/PARENT – FIRST: MARY
36. MIDDLE: LOIS
37. LAST (BIRTH NAME): INGRAHAM
38. BIRTH STATE: TX

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 03/30/2023
40. PLACE OF FINAL DISPOSITION: ROSE HILLS MEMORIAL PARK, 3888 WORKMAN MILL ROAD, WHITTIER, CA 90601
41. TYPE OF DISPOSITION(S): BURIAL
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: LOS ANGELES FUNERAL SERVICE INC.
45. LICENSE NUMBER: FD1941
46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
47. DATE mm/dd/ccyy: 03/29/2023

**PLACE OF DEATH**

101. PLACE OF DEATH: RESIDENCE
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 205 W FAIRVIEW BOULEVARD
106. CITY: INGLEWOOD

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: CARDIAC ARREST — Time Interval: MIN
(B) CORONARY ARTERY DISEASE — YRS
(C) DIABETES MELLITUS TYPE II — YRS
(D)

108. DEATH REPORTED TO CORONER?: YES — REFERRAL NUMBER: 2023-51908
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: 

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: SLEEP APNEA
113. WAS OPERATION PERFORMED: NO
113A. DECEDENT PREGNANT IN LAST YEAR?: NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A): 11/01/2007
Decedent Last Seen Alive (B): 12/26/2022
115. SIGNATURE AND TITLE OF CERTIFIER: GREGORY S MORALES, MD
116. LICENSE NUMBER: A72308
117. DATE: 03/16/2023
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: GREGORY S MORALES, MD, 6041 CADILLAC AVE, LOS ANGELES, CA 90034

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: 
120. INJURED AT WORK?:
121. INJURY DATE:
122. HOUR:
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER:
127. DATE:
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:

STATE REGISTRAR: A  B  C  D  E
FAX AUTH.#:
CENSUS TRACT:

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



*003906929*


, MD
Health Officer and Registrar

DATE ISSUED: JUN -5 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.




## PROOF OF SERVICE

### UNITED STATE OF AMERICAN, FOR THE CENTRAL DISTRICT OF CALIFORNIA

I am employed in the county of Orange, State of California. I am over the age of eighteen, and am not a party to the within action, my business address is:

17853 Santiago Blvd., Ste. 107-292, Villa Park, CA 92861.

On March 25, 2024. I served the foregoing document described as "Notice of Motion for Substitution of Claimant, Isaiah Hudson" by placing the true copies thereof enclosed in a sealed envelope addressed:

Maxwell K. Coll
AUSA-Office of US Attorney
Criminal Division-US Courthouse
312 N. Spring Street, Ste. 1200
Los Angeles, CA 90012

Victor Sherman
Law Office of Victor Sherman
11400 W. Olympic Blvd., Ste. 1500
Los Angeles, CA 90064

Victor A. Rodgers, Jr.
AUSA-Office of US Attorney
Asset Forfeiture Division
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

By Electronic Mail: XXX

By Mail:     XXX

I deposited such envelope in the mail at Henderson, Nevada. The envelope was mailed with postage thereon fully prepaid. On March 25, 2024, at Orange, CA. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

----Ron Wilkinson-------------        _____
                                              Signature