1  Brenda E. Vargas, Esq. #153230
   17853 Santiago Blvd., Ste. 107#292
2  Villa Park, CA 92861
   (714)287-6875
3
   Attorney for Claimant,
4  ISAIAH HUDSON,

5                       UNITED STATES DISTRIC COURT

6          FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

7  UNITED STATES OF AMERICA,        )    Case No.: 2:22-cv-00556
                                    )
8                                   )
                                    )
9                                   )    CLAIM (VERIFIED) OF
                         Plaintiff, )    ISAIAH HUDSON
10                                  )
                                    )
11 vs                               )
                                    )
12                                  )
   CRYTROCURRENCY,                  )
13                                  )
                        Defendant.  )
   ---------------------------------)
14 STANLEY HUDSON,_____ )
                                    )
15                       Claimant.  )
   ---------------------------------)
16

17 TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

18

19     Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and

20 Maritime Claims, claimant, Isaiah Hudson, hereby demands restitution of the

21 defendant property and claims the right to defend this action.

22     Claimant's status is that of lawful owner and possessor of the

23 claimed defendant property.

24

25

26                          NOTICE OF CLAIMANT

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: March 25, 2024

_____
Isaiah Hudson

Dated: March 25, 2024

_____
Brenda E. Vargas
Attorney for Claimant

PROOF OF SERVICE

UNITED STATE OF AMERICAN, FOR THE CENTRAL DISTRICT

OF CALIFORNIA

I am employed in the county of Orange, State of California. I am over the age of eighteen, and am not a party to the within action, my business address is:

17853 Santiago Blvd., Ste. 107-292, Villa Park, CA 92861.

On March 26, 2024. I served the foregoing document described as "Notice of Claim, Isaiah Hudson" by placing the true copies thereof enclosed in a sealed envelope addressed:

Maxwell K. Coll
AUSA-Office of US Attorney
Criminal Division-US Courthouse
312 N. Spring Street, Ste. 1200
Los Angeles, CA 90012

Victor Sherman
Law Office of Victor Sherman
11400 W. Olympic Blvd., Ste. 1500
Los Angeles, CA 90064

Victor A. Rodgers, Jr.
AUSA-Office of US Attorney
Asset Forfeiture Division
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

By Electronic Mail: XXX

By Mail:    XXX

I deposited such envelope in the mail at Henderson, Nevada. The envelope was mailed with postage thereon fully prepaid. On March 26, 2024, at Orange, CA. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

----Ron Wilkinson------------                    _____
                                                        Signature